FILED by ___ D.C.

ELECTRONIC

**Sep 19, 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**14-60229-CR-MARRA/MATTHEWMAN**

NO. _____

18 U.S.C. § 371

**UNITED STATES OF AMERICA**

**v.**

**DAVID BODEN** and
**RICHARD L. PEARSON,**

Defendants.

_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times relevant to the time frame of the Information:

1.      The law firm of Rothstein, Rosenfeldt and Adler, P.A. (hereinafter referred to as "RRA") was located at 401 East Las Olas Boulevard, Fort Lauderdale, Florida in the Southern District of Florida and elsewhere.   The law firm employed approximately 70 attorneys and 150 staff members and engaged in the practice of law involving a wide range of specialties, including labor, employment, corporate, commercial and personal injury law.   Scott W. Rothstein (hereinafter referred to as "Rothstein") was the Chief Executive Officer (CEO) and Chairman of RRA.

2.      Prior to 2009, Rothstein, through RRA, devised a fraudulent scheme in which he convinced investors to invest in purported confidential settlement agreements with potential

1

plaintiffs in sexual harassment, discrimination and/or whistle-blower suits and that settlements of these claims had been negotiated prior to filing law suits.

3.      In furtherance of the fraudulent scheme, the potential investors were informed that the putative plaintiffs would accept discounted lump-sum payments, that the investors would fund the lump-sum payments to the putative plaintiffs, and that, in exchange, potential investors would receive the installment payments due and owing to the plaintiffs under the terms of the negotiated settlement agreements.

4.      The potential investors were informed that pools of confidential settlement agreements were available for purchase in amounts ranging from hundreds of thousands of dollars to millions of dollars.

5.      DAVID BODEN (hereinafter referred to as "BODEN") was an attorney and, in April 2008, began employment with RRA as a non-equity shareholder.

6.      In or about February 2009, defendant RICHARD L. PEARSON (hereinafter referred to as "PEARSON") agreed to act as a broker for Rothstein's confidential settlement agreements, for which PEARSON would receive sales commissions.

7.      In or about February 2009, defendant BODEN began assisting defendant PEARSON in PEARSON's capacity as a broker for Rothstein's confidential settlement agreements. Defendant PEARSON would receive a sales commission from Rothstein derived from the money paid by the investor, and would pay a portion of that sales commission to defendant BODEN for his services.

8.      On or about September 2, 2009, a group of investors (hereinafter referred to as "the Investor Group") agreed to invest in three confidential settlement agreements following a meeting with Rothstein. Defendants BODEN and PEARSON agreed that the Investor Group would pay a

2

sales commission directly to defendant PEARSON.  The Investor Group was not informed by defendants BODEN or PEARSON that defendants BODEN and PEARSON were also receiving an additional undisclosed sales commission from the money paid by the Investor Group to Rothstein.

### COUNT 1
(Conspiracy to Commit Wire Fraud - 18 U.S.C. § 371)

1.     The General Allegations section of this Information is realleged and expressly incorporated herein as if set forth in full.

2.     From in or about September 2009 and continuing through in or about October 2009, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**DAVID BODEN** and
**RICHARD L. PEARSON,**

knowingly and willfully combined, conspired, confederated, and agreed, with one another and with other persons known and unknown to the United States Attorney to devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, to knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343 (Wire Fraud).

## OBJECTIVE OF THE CONSPIRACY

3.      The objective of the conspiracy was to enrich members of the conspiracy by obtaining commissions from the sale of Rothstein's confidential settlement agreements to the Investor Group by convincing the Investor Group, through material misrepresentations and omissions, to invest in Rothstein's confidential settlement agreements.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objectives thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

4.      On or about September 2, 2009, defendants BODEN and PEARSON caused the Investor Group to transfer funds by interstate wire transfer in order to invest in three of Rothstein's confidential settlement agreements totaling $1,980,000 through material omissions and misrepresentations as to the sales commissions to be received by defendants BODEN and PEARSON.

5.      On or about October 6, 2009, defendant PEARSON and his agents caused the Investor Group to transfer funds by interstate wire transfer in order to invest in two additional confidential settlement agreements totaling $1,320,000 through material omissions and misrepresentations as to the sales commissions to be received by defendants BODEN and PEARSON.

6.    Defendants BODEN and PEARSON, through the aforesaid material misstatements and omissions, caused the Investor Group to incur a loss of approximately $2,400,000.

All in violation of Title 18, United States Code, Section 371.


_Thomas J. Mulshill for_
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_Jeffrey N. Ka_
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY


_Paul F. Schwartz_
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY


LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY


5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. _____

vs.

CERTIFICATE OF TRIAL ATTORNEY*

DAVID BODEN, and
RICHARD L. PEARSON,

_____ Defendant.   /     Superseding Case Information:

Court Division: (Select One)                New Defendant(s)          Yes _____   No _____
                                            Number of New Defendants      _____
__   Miami    ____  Key West                Total number of counts        _____
X    FTL      ____  WPB    ____  FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)       NO
     List language and/or dialect    _____

4.   This case will take      0      days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                          (Check only one)

     I     0 to 5 days           X        Petty        _____
     II    6 to 10 days       _____      Minor        _____
     III   11 to 20 days      _____      Misdem.      _____
     IV    21 to 60 days      _____      Felony         X
     V     61 days and over   _____

6.   Has this case been previously filed in this District Court? (Yes or No)    NO
     If yes:
     Judge: _____      Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?       (Yes or No)    NO
     If yes:
     Magistrate Case No.               _____
     Related Miscellaneous numbers:    _____
     Defendant(s) in federal custody as of  _____
     Defendant(s) in state custody as of    _____
     Rule 20 from the _____  District of _____

     Is this a potential death penalty case? (Yes or No)    No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    X   No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X   No

_____
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0305405

*Penalty Sheet(s) attached                              REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>DAVID BODEN</u>

**Case No:**_____

Count #: 1

  <u>Conspiracy to Commit Wire Fraud</u>

  <u>in violation of 18 U.S.C. § 371</u>

**\* Max.Penalty:** Five (5) years imprisonment; three (3) years supervised release; $250,000 fine

Count #:

_____

_____

**\*Max. Penalty:**

Count  #:

_____

_____

 **\*Max. Penalty**

Count  #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>RICHARD L. PEARSON</u>

**Case No:**_____

Count #: 1

  <u>Conspiracy to Commit Wire Fraud</u>

  <u>in violation of 18 U.S.C. § 371</u>

**\* Max.Penalty:** Five (5) years imprisonment; three (3) years supervised release; $250,000 fine

Count #:

_____

_____

**\*Max. Penalty:**

Count  #:

_____

_____

 **\*Max. Penalty**

Count  #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: DAVID BODEN _____

$250,000 Personal Surety Bond is recommended
_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   LAWRENCE D. LaVECCHIO

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   IRS - S/A Taryn Guariglia _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: RICHARD L. PEARSON _____

$250,000 Personal Surety Bond is recommended
_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   LAWRENCE D. LaVECCHIO

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):      IRS - S/A Taryn Guariglia _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 14-60229-CR-MARRA/WM |
| DAVID BODEN | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**MICHAEL PASANO, ESQ.**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 14-60229-CR-MARRA/WM |
| RICHARD L. PEARSON | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*


_____
*Signature of defendant's attorney*

**ALAN ROSS, ESQ.**
*Printed name of defendant's attorney*


_____
*Judge's signature*

_____
*Judge's printed name and title*