UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO: 14-60229-CR

                    Plaintiff

vs.

Richard L. Pearson

### SENTENCING MINUTES

DATE: 1/9/15                    Court Reporter: Stephen Franklin

AUSA Jeffrey Kaplan          Defense Counsel: Michael Pasano

                             Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

**Imprisonment**   24   MONTHS as to COUNTS   one

**Probation** _____ YEARS as to COUNTS _____

**Supervised Release** one YEARS as to Counts _____

✓ Association restriction  ____ Employment Requirement  ✓ Permissible Search  ✓ Deportation  cooperating

____ Mental Health Treatment  ✓ Substance abuse treatment  ____ Financial disclosure  ____ No debt

____ No self-employment  ____ Related concern restriction  _____ Sex offender conditions

**Assessment** $100.00   **Fine** ∅   **Restitution:** _____

____ Counts remaining dismissed on Government motion _____

✓ Defendant advised of his right to appeal.

____ Remanded to U.S. Marshal

✓ Voluntary Surrender on or before 12:00 p.m on 3-23-15

Recommendation to the Bureau of Prisons FPC-Pensacola

Time in court: :40